UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIMOTHY G. O'BRYANT | CIVIL ACTION |
| VERSUS | NO. 16-13203 |
| GRAY INSURANCE COMPANY, ET AL | SECTION "N" (1) |

## **ORDER AND REASONS**

Before the Court is Defendant Seacor Marine, LLC's Objections to Exhibits and Deposition Testimony to be Used in Lieu of Live Testimony at Trial (Rec. Doc. 134). Plaintiff filed no opposition. Having considered the submissions of Defendants,

As to Exhibit 32, the deposition transcript of Dianna Thompson, **IT IS ORDERED** that the passage appearing on p. 31, l. 3-7 and the passage appearing on p. 116, l. 10-15, be and are hereby **DELETED**, and such material is **STRICKEN FROM THE RECORD**, and shall not be presented to the jury.

As to Exhibit 33, the deposition transcript of Rodney Thompson, **IT IS ORDERED** that the passage appearing on p. 27, l. 5 - p. 27, l. 11 and the passage appearing on p. 29, l. 24 – p. 30, l. 18, be and are hereby **DELETED**, and such material is **STRICKEN FROM THE RECORD**, and shall not be presented to the jury.

As to Exhibit 45, **IT IS ORDERED** that items 12, 27, 28 and 36, be and are hereby **STRICKEN FROM THE RECORD** and are to be redacted from Exhibit 45, as such matters

shall be **REFERRED TO TRIAL** for appropriate rulings based upon witness testimony. The motion is **DENIED** as to item 34 in Exhibit 45.

New Orleans, Louisiana, this 19th day of October 2017.

_____
**KURT D. ENGELHARDT**
**United States District Judge**